Entered: December 12th, 2025
Signed: December 12th, 2025

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE:

Vandy Lee Jamison, Jr,
aka Law Office of Vandy L. Jamison, Jr.

    DEBTOR(S)

Case No.: 25-17293
Chapter 7

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-RPL1, by Rushmore Servicing, Servicing Agent

    MOVANT
       vs.

Vandy Lee Jamison, Jr,
aka Law Office of Vandy L. Jamison, Jr.

and
Janet M. Nesse, Trustee
    RESPONDENT(S)

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS
11301 WYCOMBE PARK LANE, GLENN DALE, MD 20769**

1

Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, no opposition having been filed, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED

That the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, terminated to enable U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-RPL1, by Rushmore Servicing, Servicing Agent, or its successors and assigns, to proceed with foreclosure and/or accept a Deed in Lieu of Foreclosure against the real property and improvements known as 11301 Wycombe Park Lane, Glenn Dale, MD 20769 and allow the successful purchaser thereof to obtain possession of same.

cc:   Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD  21090

Vandy Lee Jamison, Jr
aka Law Office of Vandy L. Jamison, Jr.
11301 Wycombe Park Lane
Glenn Dale, MD 20769

Kimmarie Jamison
11301 Wycombe Park Lane
Glenn Dale, MD 20769

and respondent(s)' counsel:         Janet M. Nesse, Trustee
Timothy J. Sessing, Esquire         6404 Ivy Lane Suite 820
12850 Middlebrook Rd Ste 308        Greenbelt, MD 20770
Germantown, MD 20874

**End of Order**